# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

September 2, 2025

**Before**

DAVID F. HAMILTON, *Circuit Judge*

MICHAEL Y. SCUDDER, *Circuit Judge*

JOHN Z. LEE, *Circuit Judge*

No. 22-2870

| | |
|---|---|
| ANTONIO M. SMITH, <br>     *Plaintiff-Appellant,* <br><br> *v.* <br><br> JOHN KIND, *et al.,* <br>     *Defendants-Appellees.* | Appeal from the United States District Court for the Eastern District of Wisconsin. <br><br> No. 2:18-cv-01569-PP <br><br> Pamela Pepper, *Chief Judge.* |

**O R D E R**

Plaintiff-appellant filed a petition for rehearing and rehearing en banc on July 9, 2025. No judge in regular active service has requested a vote on the petition for rehearing en banc. Judges Scudder and Lee voted to deny panel rehearing; Judge Hamilton voted to grant panel rehearing. Accordingly, the petition for rehearing en banc is DENIED.